O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOISE T. CHOICE, | CASE NO. ED CV 11-00492 JVS (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA STATE DEPARTMENT OF EDUCATION, | |
| Defendant. | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: February 24, 2012

*[signature]*

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE