**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOISE T. CHOICE, | CASE NO. ED CV 11-00492 JVS (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CALIFORNIA STATE DEPARTMENT OF EDUCATION, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: February 24, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE